FILED
MAY 25 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

CARLA AND ROBERT DOE, individually, }
and as Parents and Guardians of their }
minor children, ANN DOE, EMMA DOE, }
OLIVER DOE, WAYNE DOE, and }
SARA DOE, }
}
    Plaintiffs, }
v. }
} Case No. **05 1060**
THE DISTRICT OF COLUMBIA, }
MAYOR ANTHONY WILLIAMS, }
BRENDA DONALD WALKER, }
SARAH MAXWELL, SANDRA JACKSON, }
HEATHER STOWE, }
TERRI THOMPSON MALLET, }
REBEKAH PHILIPPART, and }
DAPHNE KING, }
}
    Defendants. }

### ORDER

Plaintiffs have demonstrated good cause to support their request to proceed in pseudonym. The Court accepts the Plaintiffs' Complaint for filing and directs the Clerk to process the Complaint and issues summonses immediately.

_____
U.S. District Judge

Dated this 25 day of May, 2005.