AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carla Doe, Robert Doe, et al.

Plaintiffs,

V.

District of Columbia, et al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01060

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 05/25/2005

TO: (Name and address of Defendant)

Daphne King
400 - 6th Street, SW
Washington, D.C. 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Clifford, D.C. Bar No. 191866
~~[redacted]~~
Clifford & Garde
1707 L Street, NW, Suite 500
Washington, D.C. 20036
Tel. 202.289.8990

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY 25 2005
CLERK                              DATE

_[signature]_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Carla and Robert Doe, et al.

vs.

The District of Columbia, et al.

No. 1:05CV01060

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons; Complaint For Damages; Declaratory And Injunctive Relief; Notice Of Right To Consent To Trial Before A United States Magistrate Judge; Order; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:40 am on May 31, 2005, I served Daphne King at 400 6th Street, SW, Washington, DC 20024 by serving Kia Winston, Law Clerk, Office of General Counsel, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     27
HEIGHT-  5'3"
HAIR-    BLACK
WEIGHT-  130
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 05-31-05
Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 153207