UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA AND ROBERT DOE**, individually, and as Parents and Guardians of their minor children, **ANN DOE**, **EMMA DOE**, **OLIVER DOE**, **WAYNE DOE**, and **SARA DOE**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,**<br>**MAYOR ANTHONY WILLIAMS**<br>**BRENDA DONALD WALKER**,<br>**SARAH MAXWELL**,<br>**SANDRA JACKSON**,<br>**HEATHER STOWE**,<br>**TERRI THOMPSON MALLET**,<br>**REBEKAH PHILIPPART**,<br>**DAPHNE L KING**,<br><br>Defendants. | Civil Action No. 05-01060 RBW |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT
AND DEFAULT JUDGMENT**

Pursuant to Fed.R.Civ.P., Rule 55, Plaintiffs request that the Clerk enter a default against each of the Defendants and that the Court issue a default judgment. In support of this Motion, Plaintiffs provide the accompanying Statement of Points and Authorities.

**STATEMENT OF POINTS AND AUTHORITIES SUPPORTING AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST EACH OF THE DEFENDANTS**

On May 27, 2005, Plaintiffs filed a Complaint alleging violations of civil rights and other injuries seeking damages and equitable relief. See, Court Docket Entry ("Dkt. #") 3. The Complaint identifies the District of Columbia, Mayor Anthony Williams, and seven individuals as defendants.

On May 31, 2005, each of the Defendants was personally served with copies of the Summons and Complaint. Plaintiffs filed the return of service affidavits with the Court on June 21, 2005. See, Dkt. #s 4 - 12.

Pursuant to Fed.R.Civ.P., Rule 12(a), the Defendants had twenty days within which to file an Answer to the Plaintiffs' Complaint. As the record establishes, all of the Defendants were served by May 31, 2005. Thus, all Defendants were required to file Answers by June 20, 2005. To date, no Answer or other responsive pleading has been filed by any of the Defendants. Neither has any attorney entered an appearance for any of the Defendants or requested an enlargement of time in which to answer. Moreover, the Defendants have made no attempt to defend this suit.[1]

Fed.R.Civ.P., Rule 55(a) states:

When a party against whom a judgment for affirmative relief has been sought has failed to plead or otherwise defend as provided in these rules and that fact is made

---

[1] Defendants can hardly claim to somehow be unaware of this suit as they have been personally served. In addition, pursuant to District of Columbia law, Plaintiffs filed notice letters, well in advance of filing a Complaint with this Court, with the District advising it of their claims and requesting an opportunity to informally resolve the matter. Notice letters were filed with the District on or about February 22, 2005 and April 20, 2005. The District rejected any effort at informal resolution.

to appear by affidavit or otherwise, **the clerk shall enter the party's default**. [emphasis added]

Rule 55 makes clear that the Defendants' failure to defend or timely file an Answer requires the Clerk to enter a default against each of the Defendants.  *Pretzel & Stouffer v. Imperial Adjusters, Inc.,* 28 F.3d 42, 44 (7th Cir. 1994).

Fed.R.Civ.P., Rule 55(b) allows the Court to enter a default judgment.  Plaintiffs request a trial before a jury on damages and an entry of default judgment based upon the jury's damage determination.  *Olcott v. Delaware Flood Co.*, 327 F.3d 1115, 1119 n.3 (10th Cir. 2003).

In sum, the District and individual Defendants have failed to appear or defend this suit as required by the Federal Rules.  Rule 55 requires and entry of default and a trial on damages resulting in a default judgment.

Respectfully submitted,

_____
John M. Clifford, D.C. Bar No. 191866
Clifford & Garde
1707 L Street, NW, Suite 500
Washington, D.C. 20036
Tel. 202.289.8990

Dated: June 22, 2005