UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA AND ROBERT DOE**, individually, and as Parents and Guardians of their minor children, **ANN DOE**, **EMMA DOE**, **OLIVER DOE**, **WAYNE DOE**, and **SARA DOE**, <br><br> Plaintiffs, <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA**, **MAYOR ANTHONY WILLIAMS** **BRENDA DONALD WALKER**, **SARAH MAXWELL**, **SANDRA JACKSON**, **HEATHER STOWE**, **TERRI THOMPSON MALLET**, **REBEKAH PHILIPPART**, **DAPHNE L KING**, <br><br> Defendants. | Civil Action No. 05-01060 RBW |

**ORDER**

Plaintiffs have sought an entry of default against all of the Defendants based upon their failure to timely file and Answer and defend the suit. Plaintiffs further request a jury trial on damages and default judgment should a jury determine that damages are warranted.

Pursuant to Fed.R.Civ.P., Rule 55, the Court hereby Orders that:

(1) the Clerk shall note an entry of default against each of the Defendants and in favor of each of the Plaintiffs; and

(2) a jury trial shall be scheduled to ascertain the amounts of damages to be awarded to the Plaintiffs and against the Defendants.

The Court will notify the parties an any attorney(s) who properly appear before the Court in this case of a date and time for a status conference to schedule a jury trial regarding damages and any other matters that must be addressed in order to facilitate resolution of this case.

Entered on this _____ day of _____, 2005.

_____
Reggie B. Walton
District Judge