UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA AND ROBERT DOE, individually, )<br>And as Parents and Guardians of their )<br>Minor children, ANN DOE, EMMA DOE, )<br>OLIVER DOE, WAYNE DOE, AND )<br>SARA DOE, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.,* )<br>)<br>    Defendants. )<br>_____ ) | Case No.: 05-1060 (RBW) |

## MOTION FOR LEAVE TO LATE FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

Defendants Mayor Anthony Williams and the District of Columbia, by and through undersigned counsel, herein submit the following motion for leave to late file a response to plaintiffs' Complaint, and state as follows:

1.    On May 25, 2005, plaintiffs Robert and Carla Doe filed a Complaint with twenty (23) Counts, and 177 separate paragraphs against the District of Columbia, Mayor Anthony Williams and several individually named employees of the District of Columbia Child and Family Services Agency alleging constitutional and common law claims. Plaintiffs seek to hold the defendants liable for constitutional claims, brought pursuant to 42 U.S.C. § 1983, and § 1985, and other theories of common law liability. See Complaint, docket entry #1.

2.Undersigned counsel seeks to file a response on behalf of both Mayor Williams and the District of Columbia *nunc pro tunc* to June 20, 2005.[1]  The Office of the Attorney General received several copies of plaintiffs' Complaint that were date-stamped June 3, 2005.  Undersigned counsel inadvertently believed that the Complaints were served against the District and Mayor Williams on June 3, 2005, and that their answer was due on June 23, 2005.  Moreover, due to the undersigned's schedule, confirmation of the dates of service was not made until June 22, 2005, which necessitates the filing of the instant motion for leave to file a response on behalf of the defendants *nunc pro tunc* to June 20, 2005.

3,Fed. R. Civ. P. 6(b)(2) provides that: "[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…."

4.The United States Court of Appeals for the District of Columbia Circuit has outlined the factors that constitute excusable neglect based upon the Supreme Court's holding in *Pioneer Investment Services v. Brunswick Associates,* 507 U.S. 380 (1993).  According to the court, the following factors should be considered:  "(1) the danger of prejudice to the party opposing the modification, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was

---

[1] The individually named defendants were not properly served with plaintiffs' Complaint.  Service was made on an employee who had no authority to accept service on behalf of these individuals.  They will file an appropriate motion to dismiss for improper service.  To the extent the individually named defendants require leave to file their motion to dismiss *nunc pro tunc* to June 20, 2005, they herein seek leave to do so.  However, they do not waiver their right to service and the undersigned does not have the authority to accept service on their behalf.

2

within the reasonable control of the movant, and (4) whether the movant acted in good faith." *In re: Vitamins Antitrust Class Actions*, 327 F.3d 1207, 1209 (D.C. Cir. 2003).

5. Defendants have acted in good faith and with due diligence. As soon as they learned that their response was untimely, they immediately contacted plaintiffs' counsel to seek consent, and filed the instant motion for leave to file nunc pro tunc to June 20, 2005. Mayor Williams and the District of Columbia intend to file their response to plaintiffs' Complaint on June 22, 2005. Therefore, no party will suffer undue prejudice should this Court grant the defendants' motion.

6. The defendants believe they have met their burden under Rule 6(b)(2) and ask the Court to grant their motion, and allow them to file a response to plaintiffs' complaint *nunc pro tunc* to June 20, 2005.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec. IV


_____/s/_____
MATTHEW CASPARI [488295]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, DC 20001
(202) 724-6650; (202) 727-6295
(202) 727-3625 (fax)

## RULE 7.1(m) CERTIFICATION

I hereby certify that on June 22, 2005, undersigned counsel contacted plaintiffs' counsel regarding the relief herein sought. Plaintiffs' counsel indicated that he had already filed a motion for default and default judgment, and would have to obtain the approval of his clients in order to consent to the requested relief. This motion should therefore be treated as contested.

_____/s/_____
Matthew Caspari

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA AND ROBERT DOE, individually, ) <br> And as Parents and Guardians of their    ) <br> Minor children, ANN DOE, EMMA DOE, ) <br> OLIVER DOE, WAYNE DOE, AND           ) <br> SARA DOE,                                              ) <br>                                                                  ) <br>     Plaintiffs,                                             ) <br>                                                                  ) <br>     v.                                                          ) <br>                                                                  ) <br> DISTRICT OF COLUMBIA, *et al.,*             ) <br>                                                                  ) <br>     Defendants.                                          ) <br> _____) | Case No.: 05-1060 (RBW) |

### **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR LEAVE TO LATE FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**

In support of their Motion for Leave to Late File a Response to Plaintiffs' Complaint, the defendants herein submit and rely upon the following authorities:

1. Fed. R. Civ. P. 6(b)(2).

2. *In re: Vitamins Antitrust Class Actions*, 327 F.3d 1207 (D.C. Cir. 2003)

3. The record herein.

4. Judicial economy.

5. Lack of undue prejudice to the parties.

6. The Court's equitable powers.

                                    Respectfully submitted,

                                    ROBERT J. SPAGNOLETTI
                                    Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec. IV


_____/s/_____
MATTHEW CASPARI [488295]Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, DC 20001
(202) 724-6650; (202) 727-6295;
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA AND ROBERT DOE, individually, )<br>And as Parents and Guardians of their    )<br>Minor children, ANN DOE, EMMA DOE, )<br>OLIVER DOE, WAYNE DOE, AND        )<br>SARA DOE,                                                )<br>                                                                )<br>        Plaintiffs,                                      )<br>                                                                )<br>    v.                                                        )<br>                                                                )<br>DISTRICT OF COLUMBIA, *et al.,*            )<br>                                                                )<br>        Defendants.                                   )<br>_____)  | Case No.:  05-1060 (RBW) |

## ORDER

Upon consideration of the defendants' Motion for Leave to Late File a Response to Plaintiffs' Complaint and the record herein, it is hereby this ___ day of _____, 2005,

ORDERED:  that the Defendants' Motion is GRANTED; and it is

FURTHER ORDERED:  that defendants' response to plaintiffs' complaint shall be filed by June 22, 2005.

So Ordered.

_____
Judge

7