UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA DOE, ROBERT DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-1060 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF KIA WINSTON

I, Kia Winston, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am competent and have personal knowledge of the facts set forth below.

2. I am a citizen of the United States of America, and over the age of 18.

3. I am currently employed by the District of Columbia Child and Family Services Agency, Office of the General Counsel as a law clerk.

4. On or about May 31, 2005, I received a call from the front desk of our building that a delivery person had a delivery for several CFSA employees. I proceeded to the front desk and asked the delivery person what documents he had that he wanted me to sign for. He indicated that he did not know what they were but insisted that I sign for the documents. I told him that I do not have the authority to accept subpoenas for any particular social worker or employee and that subpoenas must be served personally on the individual employees. With that caveat, I signed the delivery person's sheets and he then presented me with several documents which appeared to me to be legal documents for Brenda

Donald Walker, Sarah Maxwell, Sandra Jackson, Heather Stowe, Terri Thompson Mallet, Rebekah Philippart, and Daphne King. I also told him that Terri Thompson Mallet was no longer a CFSA employee and that service would probably be insufficient if he left that document with me. However, the delivery person still insisted that I take a document for her.

5. I have never been authorized to accept service of process for Brenda Donald Walker, Sarah Maxwell, Sandra Jackson, Heather Stowe, Terri Thompson Mallet, Rebekah Philippart, or Daphne King. In fact, I specifically told the delivery person that service should be made on the individuals themselves.

06/22/05
Date

Kia Winston