UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA AND ROBERT DOE, individually, )<br>And as Parents and Guardians of their        )<br>Minor children, ANNE DOE, EMMA DOE, )<br>OLIVER DOE, WAYNE DOE, AND          )<br>SARA DOE,                                            )<br>                                                                )<br>     Plaintiffs,                                        )<br>                                                                )<br>     v.                                                        )<br>                                                                )<br>DISTRICT OF COLUMBIA, *et al.,*         )<br>                                                                )<br>     Defendants.                                    )<br>_____)  | Case No.: 05-1060 (RBW) |

## ORDER

Upon consideration of the defendants ' motion to dismiss the complaint, or, in the alternative, for summary judgment, the memorandum of points and authorities in support thereof, any response thereto, and the entire record herein, it is by this Court, this _____ day of _____, 2005.

ORDERED that the Complaint is hereby DISMISSED for the reasons stated in defendants' motion.

_____
JUDGE REGGIE B. WALTON
The United States District Court for
the District of Columbia