UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CARLA AND ROBERT DOE, ET AL.

V.                                              CASE NO. 1;05CV01060

THE DISTRICT OF COLUMBIA, ET AL.

## AFFIDAVIT OF DWAYNE BOSTON

I, Dwayne Boston, do hereby depose and say:

That my place of employment is Capitol Process Services, 1827 18th Street, N.W., Washington, D.C. 20009.

That my date of birth is 02-09-1958.

That I am not a party to or otherwise interested in this case.

1.      That on May 31, 2005, at 11:05 a.m., I served a SUMMONS, COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, ORDER, AND INITIAL ELECTRONIC CASE FILING ORDER, on the following defendants employed at the Child and Family Services Agency, 400 6th Street, S.W., Washington, D.C. 20024: Sandra Jackson, Sarah M. Maxwell, Brenda Donald Walker, Heather Stowe, Terri Thompson Mallett, Rebekah S. Philippart, and Daphne King. I served the documents on Kia Winston, Law Clerk, Office of General Counsel, who stated her authority to receive the documents and who signed my worksheet to further demonstrate her authority.

2.      I note that Ms. Winston was informed that I was serving her the above referenced documents for each individual defendant. I am enclosing the worksheets with her signature as well as affidavits of service from other process servers in my company which report that she received legal process for other individuals at the Child and Family Welfare Services.

3.      Ms. Winston only signed my sheets after reviewing the documents. I have never had any person from a legal department sign for documents without first reviewing them or without having a clear understanding of the documents they are receiving.

4.      I also note that in my experience, most government agencies do not produce individuals to receive process but assign others to do so. Often, these individuals are from a legal office and have expertise in the processes of the law.

5.     I have read Ms. Winston's Declaration in which she states that she informed me that she is not authorized to receive subpoenas for employees of CFWS. The documents I served were not subpoenas. Also, please see attached affidavits reporting that Ms. Winston has, in fact, received subpoenas for individuals at CFWS in the past.

6.     I also note that at one point in her Declaration, Ms. Winston states that "Terri Thompson Mallet was no longer a CFSA employee and that service would probably be insufficient if he left the documents with me." I do not remember her stating this to me.

7.     This statement clearly indicates that Ms. Winston knew she was receiving service of process.

8.     I have been serving process for many years and if Ms. Winston had stated that she was not authorized to receive service for the above individuals, I would not have delivered the documents to her.

I do solemnly declare and affirm under the penalty of perjury that the matters set forth herein are true to the best of my knowledge, information and belief.

Dwayne Boston

Subscribed and Sworn to before me this 1st day of July, 2005.

My commission expires:     Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009

SERVICE WORKSHEETS SIGNED BY
KIA WINSTON

153199

## PROCESS SERVER WORKSHEET

REF. # - 152198          DATE ENTERED- 05-27-2005          RUSH - REGULAR

### PERSON TO BE SERVED INFORMATION          *See attached*

EXPIRES ON- 06-03-2005
SERVE ON- Brenda Donald Walker   ALIAS-
400 6th Street, SW, Washington, DC 20024
MS. WALKER IS DIRECTOR OF CHILD AND FAMILY SERVICES AGENCY.

### ADDITIONAL AFFIDAVIT INFORMATION

PERSON SERVED/TITLE: Kia Winston, Law Clerk, Office of General Counsel

ADDRESS: Same

CITY: _____   STATE: _____ ZIP: _____

SIGNATURE OF SERVER- _____

### DESCRIPTION OF PERSON SERVED

RACE: B   SEX: F   AGE: 27
HGT.: 5'3   WGT.: 1.80   HAIR: BK

SCARS\MARKS\TATTOOS: _____

SERVED DATE: 5-31   SERVED TIME: 1140A

MAILING DATE: _____   ADDRESS: _____

CLIENT NOTIFIED: _____          DATE
                  NAME

### ATTEMPTS

| # | DATE | TIME | NOTES | INITIALS |
|---|------|------|-------|----------|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

### TYPE OF PAPERS BEING SERVED

PLAINTIFF- Carla and Robert Doe, et al.
DEFENDANT- The District of Columbia, et al.
PLEADINGS- Summons; Complaint For Damages; Declaratory And Injunctive
Relief; Notice Of Right To Consent To Trial Before A United States Magistrate
Judge; Order; and Initial Electronic Case Filing Order
COURT- U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CASE #-1:05CV01060

SERVICE OF PROCESS ____
COURIER ____
INCORRECT ADDRESS ____
ADTL ATTEMPTS ____

COURT FILING ____
COURT FILING FEE ____
CHECK ISSUE FEE ____
WITNESS FEE ____

mail affidavit to
John M. Clifford
Clifford & Garde
1707 L St. NW
Suite 500
Wash. DC 20036



## PROCESS SERVER WORKSHEET

REF. # – 153205          DATE ENTERED– 05-27-2005          RUSH    (REGULAR)

### PERSON TO BE SERVED INFORMATION

EXPIRES ON– 06-03-2005                                             see attached
SERVE ON– _Terri Thompson Mallett_    ALIAS–
400 6th Street, SW, Washington, DC 20024 – eug.
6904 32nd Street, NW, Washington, DC 20015  202-362-3363 –home
TERRI THOMPSON IS GENERAL COUNSEL FOR CFSA.

### ADDITIONAL AFFIDAVIT INFORMATION

PERSON SERVED/TITLE: Kia Winston, Law Clerk, Office of General Counsel

ADDRESS: _Same_

CITY: _____         STATE: _____   ZIP: _____

SIGNATURE OF SERVER– _____
### DESCRIPTION OF PERSON SERVED

RACE: B      SEX : F      AGE: 27

HGT.: 5'3    WGT.: 130    HAIR: BK

SCARS\MARKS\TATTOOS: _____

SERVED DATE: 5-31          SERVED TIME: 1140 A

MAILING DATE: _____      ADDRESS: _____

CLIENT NOTIFIED: _____                          DATE
                    NAME
### ATTEMPTS

| | DATE | TIME | NOTES | INITIALS |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

### TYPE OF PAPERS BEING SERVED

PLAINTIFF– Carla and Robert Doe, et al.
DEFENDANT– The District of Columbia, et al.
PLEADINGS– Summons; Complaint For Damages; Declaratory And Injunctive
Relief; Notice Of Right To Consent To Trial Before A United States Magistrate
Judge; Order; and Initial Electronic Case Filing Order
COURT– U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CASE #–1:05CV01060

| SERVICE OF PROCESS | | COURT FILING | | mail to: |
|---|---|---|---|---|
| COURIER | | COURT FILING FEE | | John M. Clifford |
| INCORRECT ADDRESS | | CHECK ISSUE FEE | | Clifford & garde |
| ADTL ATTEMPTS | | WITNESS FEE | | 1707 L St. NW |
| | | | | Suite 500 |
| | | | | Wash, DC 20036 |

## PROCESS SERVER WORKSHEET

REF. # - 153203          DATE ENTERED- 05-27-2005          RUSH / - REGULAR

### PERSON TO BE SERVED INFORMATION

* See Attached

EXPIRES ON- 06-03-2005
SERVE ON- Heather Stowe   ALIAS-
400 6th Street, SW, Washington, DC 20024 —Emp.
4303 Taunton Drive, Beltsville, Maryland 20705 —Home
MS. STOWE IS ADMINISTRATOR OF INTAKE & INVESTIGATIONS.

### ADDITIONAL AFFIDAVIT INFORMATION

PERSON SERVED/TITLE: Kia Winston, Law Clerk, Office of General Counsel &

ADDRESS: Same

CITY: _____  STATE: _____  ZIP: _____

SIGNATURE OF SERVER- _____

### DESCRIPTION OF PERSON SERVED

RACE: B  SEX: F  AGE: 27

HGT.: 5'3"  WGT.: 130  HAIR: BK

SCARS\MARKS\TATTOOS: _____

SERVED DATE: 5-31  SERVED TIME: 11:40 A

MAILING DATE: _____  ADDRESS: _____

CLIENT NOTIFIED: _____                              DATE
                        NAME

### ATTEMPTS

| | DATE | TIME | NOTES | INITIALS |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

### TYPE OF PAPERS BEING SERVED

PLAINTIFF- Carla and Robert Doe, et al.
DEFENDANT- The District of Columbia, et al.
PLEADINGS- Summons; Complaint For Damages; Declaratory And Injunctive
Relief; Notice Of Right To Consent To Trial Before A United States Magistrate
Judge; Order; and Initial Electronic Case Filing Order
COURT- U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CASE #-1:05CV01060

| | | |
|---|---|---|
| SERVICE OF PROCESS | COURT FILING | |
| COURIER | COURT FILING FEE | |
| INCORRECT ADDRESS | CHECK ISSUE FEE | |
| ADTL ATTEMPTS | WITNESS FEE | |

Send to:
John M. Clifford
Clifford & garde
1707 L street, NW
Suite 500
Wash. DC 20036

## PROCESS SERVER WORKSHEET

REF. # - 153201                DATE ENTERED- 05-27-2005              RUSH   REGULAR

### PERSON TO BE SERVED INFORMATION

See Attached

EXPIRES ON- 06-03-2005
SERVE ON- Sandra Jackson   ALIAS-
400 6th Street, SW, Washington, DC 20024 - EMPL.
4901 Kirbywood Street, Clinton, Maryland 20735 - HOME
MS. JACKSON IS ADMINISTRATOR OF ADOPTIONS AT CFSA.

### ADDITIONAL AFFIDAVIT INFORMATION

PERSON SERVED/TITLE: Kia Winston / law clerk, Office of General Counsel

ADDRESS: Same

CITY: _____      STATE: _____   ZIP: _____

SIGNATURE OF SERVER- _____

### DESCRIPTION OF PERSON SERVED

RACE: B    SEX: F    AGE: 27
HGT.: 5.3    WGT.: 130    HAIR: BK

SCARS\MARKS\TATTOOS: _____

SERVED DATE: 5.31          SERVED TIME: 1140 A

MAILING DATE: _____      ADDRESS: _____

CLIENT NOTIFIED: _____                                     DATE
                  NAME

### ATTEMPTS

| | | | |
|---|---|---|---|
| 1. ___ DATE | TIME | NOTES | INITIALS |
| 2. ___ DATE | TIME | NOTES | INITIALS |
| 3. ___ DATE | TIME | NOTES | INITIALS |
| 4. ___ DATE | TIME | NOTES | INITIALS |

### TYPE OF PAPERS BEING SERVED

PLAINTIFF- Carla and Robert Doe, et al.
DEFENDANT- The District of Columbia, et al.
PLEADINGS- Summons; Complaint For Damages; Declaratory And Injunctive
Relief; Notice Of Right To Consent To Trial Before A United States Magistrate
Judge; Order; and Initial Electronic Case Filing Order
COURT- U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CASE #-1:05CV01060-

SERVICE OF PROCESS _____         COURT FILING _____
COURIER                            COURT FILING FEE _____
INCORRECT ADDRESS _____          CHECK ISSUE FEE _____
ADTL ATTEMPTS _____              WITNESS FEE _____

mail to:
John M. Clifford
Clifford & garde
1707 L St. NW
Wash, DC 20

## PROCESS SERVER WORKSHEET

REF. # - 153200          DATE ENTERED- 05-27-2005          RUSH - REGULAR

### PERSON TO BE SERVED INFORMATION

*See attached*

EXPIRES ON- 06-03-2005
SERVE ON- Sarah M. Maxwell    ALIAS-
400 6th Street, SW, Washington, DC 20024 — Empl.
1000 E. Capitol Street, NE, Washington, DC 20003 202-544-4560 — Home
MS. MAXWELL IS DEPUTY DIRECTOR OF CFSA.

### ADDITIONAL AFFIDAVIT INFORMATION

PERSON SERVED/TITLE: Kia Winston, Law Clerk, Office of General Counsel

ADDRESS: Same

CITY:                          STATE:          ZIP:

SIGNATURE OF SERVER-

### DESCRIPTION OF PERSON SERVED

RACE: B     SEX : f     AGE: 27

HGT.: 5'3     WGT.: 130     HAIR: BK

SCARS\MARKS\TATTOOS:

SERVED DATE: 5-31          SERVED TIME: 1140 A

MAILING DATE:              ADDRESS:

CLIENT NOTIFIED: _____          _____
                        NAME                            DATE

### ATTEMPTS

| | DATE | TIME | NOTES | INITIALS |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

### TYPE OF PAPERS BEING SERVED

PLAINTIFF- Carla and Robert Doe, et al.
DEFENDANT- The District of Columbia, et al.
PLEADINGS- Summons; Complaint For Damages; Declaratory And Injunctive
Relief; Notice Of Right To Consent To Trial Before A United States Magistrate
Judge; Order; and Initial Electronic Case Filing Order
COURT- U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CASE #-1:05CV01060

| | | | |
|---|---|---|---|
| SERVICE OF PROCESS | Ju | COURT FILING | |
| COURIER | | COURT FILING FEE | |
| INCORRECT ADDRESS | | CHECK ISSUE FEE | |
| ADTL ATTEMPTS | | WITNESS FEE | |

mail to:
John M. Clifford
Clifford & garde
1707 L St. NW
Suite 500
Wash. DC 20036

## PROCESS SERVER WORKSHEET

REF. # - 153206          DATE ENTERED- 05-27-2005          RUSH / REGULAR

see attached

### PERSON TO BE SERVED INFORMATION

EXPIRES ON- 06-03-2005
SERVE ON- Rebekah S. Philippart    ALIAS-
400 6th Street, SW, Washington, DC 20024 202-727-8083 - work
5732 Reading Avenue, Apartment 170, Alexandria, Virginia 22311 703-845-1418 - home
MS. PHILIPPART IS A SOCIAL WORKER AT CFSA.

### ADDITIONAL AFFIDAVIT INFORMATION

PERSON SERVED/TITLE: Kia Winston, Law Clerk, Office of General Counsel

ADDRESS: Same

CITY: _____  STATE: _____  ZIP: _____

SIGNATURE OF SERVER- _____

### DESCRIPTION OF PERSON SERVED

RACE: B     SEX: F     AGE: 27
HGT.: 5'3     WGT.: 170     HAIR: BK

SCARS\MARKS\TATTOOS: _____

SERVED DATE: 5 31     SERVED TIME: 11 40A

MAILING DATE: _____  ADDRESS: _____

CLIENT NOTIFIED: _____                    DATE
                    NAME

### ATTEMPTS

| | DATE | TIME | NOTES | INITIALS |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

### TYPE OF PAPERS BEING SERVED

PLAINTIFF- Carla and Robert Doe, et al.
DEFENDANT- The District of Columbia, et al.
PLEADINGS- Summons; Complaint For Damages; Declaratory And Injunctive
Relief; Notice Of Right To Consent To Trial Before A United States Magistrate
Judge; Order; and Initial Electronic Case Filing Order
COURT- U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CASE #-1:05CV01060

| | | |
|---|---|---|
| SERVICE OF PROCESS | COURT FILING | mail affidavit |
| COURIER | COURT FILING FEE | John N. Clifford |
| INCORRECT ADDRESS | CHECK ISSUE FEE | Clifford & garde |
| ADTL ATTEMPTS | WITNESS FEE | 1707 L St. NW |
| | | suite 200 |
| | | Wash. DC 2003 |

## PROCESS SERVER WORKSHEET

REF. # - 153207          DATE ENTERED- 05-27-2005          RUSH / REGULAR

*See attached+

### PERSON TO BE SERVED INFORMATION

EXPIRES ON- 06-03-2005
SERVE ON-  Daphne King    ALIAS-
400 6th Street, SW, Washington, DC 20024 202-727-8079—Work
1708 Hampshire Green Lane, Apartment 21, Silver Spring, Maryland 20903-home
301-431-3732 — home
202-439-5572—Cell
MS. KING IS AN INVESTIGATIVE SOCIAL WORKER.

### ADDITIONAL AFFIDAVIT INFORMATION

PERSON SERVED/TITLE: Kia Winston, Law Clerk, office of General Counsel

ADDRESS: Same

CITY:_____   STATE:_____   ZIP:_____

SIGNATURE OF SERVER-_____

### DESCRIPTION OF PERSON SERVED

RACE: B    SEX : F    AGE: 27
HGT.: 5'3    WGT.: 130    HAIR: Bk

SCARS\MARKS\TATTOOS: _____

SERVED DATE: 5.31    SERVED TIME: 1140 A.M.

MAILING DATE: _____    ADDRESS: _____

CLIENT NOTIFIED: Richmond              5.31
                 NAME                  DATE

### ATTEMPTS

| | DATE | TIME | NOTES | INITIALS |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

### TYPE OF PAPERS BEING SERVED

PLAINTIFF- Carla and Robert Doe, et al.
DEFENDANT- The District of Columbia, et al.
PLEADINGS- Summons; Complaint For Damages; Declaratory And Injunctive
Relief; Notice Of Right To Consent To Trial Before A United States Magistrate
Judge; Order; and Initial Electronic Case Filing Order
COURT- U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CASE #-1:05CV01060

mail aff to:
John M. Clifford
Clifford & Garde
1707 L St. NW
Suite 500
Wash, DC 20036

SERVICE OF PROCESS _____    COURT FILING _____
COURIER _____              COURT FILING FEE _____
INCORRECT ADDRESS _____    CHECK ISSUE FEE _____

COPIES OF SERVICE AFFIDAVITS NOTING
SERVICE OF SUBPOENAS ACCEPTED
BY KIA WINSTON

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY DIVISION

IN THE MATTER OF BILLY I. RANSOM

vs.

## No. N-842-01

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the TRIAL SUBPOENA DUCES TECUM in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:45 pm on 10-15-2004, I served MARIA CLARKE, SOCIAL WORKER at CHILD AND FAMILY SERVICES AGENCY, 400 6TH STREET, SW, WASHINGTON, DC 20024 by SERVING KIA WINSTON, LAW CLERK, AUTHORIZED TO ACCEPT. Described herein:

```
    SEX-   FEMALE
    AGE-   35
 HEIGHT-   5'7"
   HAIR-   BLACK
 WEIGHT-   130
  COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on_____
              Date

                                    ROBERT PROFFITT
                                    1827 18th Street, N.W.,
                                    Washington, D.C. 20009
                                    Our File#- 141415

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY DIVISION

IN THE MATTER OF BILLY I. RANSOM

vs.

## No. N-842-01

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the TRIAL SUBPOENA DUCES TECUM in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:45 pm on 10-15-2004, I served MELODY WASHINGTON at CHILD AND FAMILY SERVICES AGENCY, PERMANENCY & FAMILY RESOURCE ADMINISTRATION, 400 6TH STREET, SW, 3RD FLOOR, WASHINGTON, DC 20024 by SERVING KIA WINSTON, LAW CLERK, AUTHORIZED TO ACCEPT. Described herein:

SEX-     FEMALE
AGE-     35
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  130
COLOR-   BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on_____
        Date

ROBERT  PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 141414

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY DIVISION

BRISCOE

vs.

BRISCOE

## No. DR1060-00

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the TRIAL SUBPOENA in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:03 pm on 10-25-2004, I served NAKIA KELLY at CFSA GOVERNMENT OF DC, 400 6TH STREET, SW, 1ST FLOOR, WASHINGTON, DC 20024 by SERVING KIA WINSTON, LAW CLERK, AUTHORIZED TO ACCEPT. Described herein:

```
SEX-     FEMALE
AGE-     24
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  125
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on_____
              Date

AMBIKO  GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 141873

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY DIVISION

IN THE MATTER OF JAVAY RANSOM

vs.

## No. N-843-01

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the TRIAL SUBPOENA DUCES TECUM in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:45 pm on 10-15-2004, I served MARIA CLARKE at CHILD AND FAMILY SERVICES AGENCY, 400 6TH STREET, SW, WASHINGTON, DC 20024 by SERVING KIA WINSTON, LAW CLERK, AUTHORIZED TO ACCEPT. Described herein:

```
SEX-     FEMALE
AGE-     35
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  130
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on_____
                 Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 141419

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY DIVISION

IN THE MATTER OF JAVAY RANSOM

vs.

## No. N-843-01

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the TRIAL SUBPOENA DUCES TECUM in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:45 pm on 10-15-2004, I served MELODY WASHINGTON at CHILD AND FAMILY SERVICES AGENCY, PERMANENCY & FAMILY RESOURCE ADMINISTRATION, 400 6TH STREET, SW, 3RD FLOOR, WASHINGTON, DC 20024 by SERVING KIA WINSTON, LAW CLERK, AUTHORIZED TO ACCEPT. Described herein:

```
SEX-     FEMALE
AGE-     35
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  130
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on_____
                Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- A41418

OFFICE OF EMPLOYEE APPEALS FOR THE DISTRICT OF COLUMBIA

Judah Campbell

vs.

Child & Family Services

### No. 1601-0093-03

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Subpoena in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:29 am on October 15, 2004, I served Regina Jones at 400 6th Street, SW, Washington, DC 20024 by serving Kia Winston, Law Clerk, authorized to accept. Described herein:

```
   SEX-   FEMALE
   AGE-   25
HEIGHT-   5'4"
  HAIR-   BLACK
WEIGHT-   120
 COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on_____
            Date

                                    AMBIKO  GUICE
                                    1827 18th Street, N.W.,
                                    Washington, D.C. 20009
                                    Our File#- 141369

OFFICE OF EMPLOYEE APPEALS FOR THE DISTRICT OF COLUMBIA

Judah Campbell

vs.

Child & Family Services

### No. 1601-0093-03

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Subpoena in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:20 pm on October 15, 2004, I served Fonda Roy-Hankerson at 400 6th Street, SW, Washington, DC 20024 by serving Kia Winston, Law Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    25
HEIGHT-    5'4"
  HAIR-    BLACK
WEIGHT-    120
 COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on_____
            Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 141370