UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLA DOE, ROBERT DOE, et al., )
          Plaintiffs, )
          v. ) Civil Action No. 1 05-1060 (RBW)
DISTRICT OF COLUMBIA, et al., )
          Defendants. )

### DECLARATION OF BRENDA DONALD WALKER

I, Brenda Donald Walker, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am competent and have personal knowledge of the facts set forth below.

2. I am a citizen of the United States of America, and over the age of 18.

3. I am the Director of the District of Columbia Child and Family Services Agency.

4. I have not authorized any CFSA employee, including Kia Winston, to accept service of process on my behalf as an individual.

5. However, I hereby waive any objection to proper service of the complaint in this matter.

6. Terri Thompson Mallet is no longer an employee of CFSA. Her last day of employment was May 13, 2005.

7-11-05
Date

Brenda Donald Walker

Ex. A