UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLA DOE, ROBERT DOE, et al.,       )
                                     )
        Plaintiffs,                  )
                                     )
        v.                           )   Civil Action No. 1 05-1060 (RBW)
                                     )
DISTRICT OF COLUMBIA, et al.,        )
                                     )
        Defendants.                  )

### DECLARATION OF KIA WINSTON

I, Kia Winston, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am competent and have personal knowledge of the facts set forth below.

2. I am a citizen of the United States of America, and over the age of 18.

3. I am currently employed by the District of Columbia Child and Family Services Agency, Office of the General Counsel as a law clerk.

4. The policy of my office for service of subpoenas is that I accept all subpoenas for records only, but do not accept subpoenas for other documents for individuals outside of their official capacity. In addition, I only accept service of process for social workers when the Office of General Counsel has had prior notice that the subpoena was going to be served and I received authority from the employee or the General Counsel to accept service.

5. I have never been authorized to receive any documents for employees in their individual capacity. Nor have I ever been authorized to receive service of a

Ex. B.

civil complaint against a CFSA employee.

07/11/05
Date

*[signature]*
Kia Winston