UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA DOE, ROBERT DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-1060 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF HEATHER STOWE

I, Heather Stowe, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am competent and have personal knowledge of the facts set forth below.

2. I am a citizen of the United States of America, and over the age of 18.

3. I am an employee of the District of Columbia Child and Family Services Agency.

4. I have never appointed or authorized any CFSA employee, including Kia Winston, to accept service of process on my behalf.

_7/7/05_
Date

_[signature]_
Heather Stowe

Ex. D