UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLA DOE, ROBERT DOE, et al.,   )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )   Civil Action No. 1:05-1060 (RBW)
                                 )
DISTRICT OF COLUMBIA, et al.,    )
                                 )
        Defendants.              )

### DECLARATION OF SANDRA JACKSON

I, Sandra Jackson, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am competent and have personal knowledge of the facts set forth below.

2. I am a citizen of the United States of America, and over the age of 18.

3. I am an employee of the District of Columbia Child and Family Services Agency.

4. I have never appointed or authorized any CFSA employee, including Kia Winston, to accept service of process on my behalf.

7/7/05
Date

Sandra Jackson

Ex. E