UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA DOE, ROBERT DOE, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-1060 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

Upon consideration of the District of Columbia and Brenda Donald Walker's motion to stay all proceedings, the memorandum in support thereof, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ _____ 2005, and it is

**ORDERED:** that the defendants' motion to stay all proceedings is hereby granted for the reasons set forth in its motion; and it is,

**FURTHER ORDERED:** that all proceedings are hereby stayed until further order of this Court.

_____
REGGIE B. WALTON
United States District Court Judge