U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Carla Doe, et al.

vs.

The District of Columbia, et al.

No. 1:05CV01060 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DAVID S. FELTER, having been duly authorized to make service of the Summons and Complaint For Damages, Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 11-01-1951.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:37 am on July 9, 2005, I served Terri Thompson Mallett at 6904 32nd Street, NW, Washington, DC 20015 by serving Terri Thompson Mallett, personally.  Described herein:

```
   SEX-   FEMALE
   AGE-   47
HEIGHT-   5'5"
  HAIR-   BLACK
WEIGHT-   115
 COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___07-11-05___
          Date

 

DAVID S. FELTER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155054