CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA DOE, ET AL | ) |
| | ) |
| Plaintiffs | ) Civil Case Number 05-1060 (TFH) |
| | ) |
| v. | ) |
| | ) Category    L |
| DISTRICT OF COLUMBIA, ET AL | ) |
| | ) |
| Defendants | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 19, 2005</u>, from <u>Judge Reggie B. Walton</u>

to <u>Chief Judge Thomas F. Hogan</u> by direction of the Calendar Committee.

(Related to 89-1754)

<u>JUDGE GLADYS KESSLER</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Walton</u> & Courtroom Deputy
      <u>Chief Judge Hogan</u> & Courtroom Deputy
      Chair, Calendar and Case Management Committee
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓
      Statistical Clerk