UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA DOE**, et al., }<br>}<br>}<br>   Plaintiffs, }<br>}<br>   v. }<br>}<br>**THE DISTRICT OF COLUMBIA,** et al., }<br>}<br>}<br>   Defendants. }<br>_____} | Civil Action No. 05-01060 (TFH) |

**PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE**

Pursuant to Rule 16(a), Fed.R.Civ.P., plaintiffs request that the Court calendar a scheduling conference with counsel, for the purpose of expediting resolution of the case. In support of this Motion, plaintiffs point out that their Complaint was filed on May 27, 2005 and assigned to Judge Walton. Defendants filed a motion to dismiss or for summary judgment on June 22, 2005, and plaintiffs filed their opposition thereto on August 5, 2005. On August 19, 2005 the case was reassigned to this Court, by direction of the Calendar Committee. Since that time, there has been no activity in the case, in part because Judge Walton stayed all proceedings until the Court rules on the pending motions.

For these reasons and such additional reasons as are advanced in the accompanying Memorandum of Points and Authorities in Support of this motion, plaintiffs request that the Court hold a conference, at which counsel and the Court can discuss what should be done to promote the orderly administration of justice in this case.

Pursuant to Local Rule 7(m), on May 18, 2006 undersigned counsel telephoned Assistant Attorney General Leah Brownlee Taylor, an attorney representing defendants, to request defendants' consent to this motion. Defendants do not consent. Wherefore, plaintiffs request that their Motion for a Scheduling Conference should be granted.

                                            Respectfully submitted,

                                            ____/s/_____
                                            John M. Clifford, D.C. Bar No. 191866
                                            Clifford & Garde
                                            1707 L Street, NW, Suite 500
                                            Washington, D.C. 20036
                                            Tel. 202.289.8990

Dated: May 19, 2006