UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA DOE**, et al., | } |
| Plaintiffs, | } |
| v. | } Civil Action No. 05-01060 (TFH) |
| **THE DISTRICT OF COLUMBIA,** et al., | } |
| Defendants. | } |

**ORDER**

Upon consideration of plaintiffs' motion for a scheduling conference, it is this

_____day of _____, 2006

ORDERED: That plaintiffs' motion is granted; and it is

FURTHER ORDERED: That counsel for the parties shall appear for a scheduling conference on

_____, 2006.

_____
United States District Judge, D.C.

Copies to:

John M. Clifford
Clifford & Garde
1707 L St, N.W. Suite 500
Washington, D.C. 20036

Leah Brownlee Taylor
Matthew W. Caspari
Assistant Attorneys General, D.C.
PO Box 14600
Washington, D.C. 20044