UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA DOE, ROBERT DOE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:05-1060 (TFH) |

### DEFENDANTS' OPPOSITION TO THE PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE

The defendants District of Columbia, Mayor Anthony Williams, Brenda Donald Walker, Terri Thompson Mallet, and Daphne King (hereinafter collectively referred to as "the District defendants"), by and through undersigned counsel, hereby oppose plaintiff's Motion for Scheduling Conference. In support thereto, the defendants state the following:

1. Plaintiffs allege constitutional and common law claims for damages against the District defendants as a result of the District of Columbia Child and Family Services Agency's emergency removal of the plaintiffs' children in October 2004. Complaint, generally. At that time, it was discovered that two (2) of plaintiffs' older adopted children had been sexually assaulting plaintiffs' two (2) younger adopted children in plaintiffs' home over a period of months. Complaint, ¶ 69.

2. On June 22, 2005, defendants filed a Motion to Dismiss, and/or Motion for Summary Judgment. See Docket Entry #16. On July 21, 2005, defendants moved to stay all proceedings until the Court ruled on the dispositive motion, so as to avoid the unnecessary time and costly expense of discovery. See Docket Entry #21.

3. On July 28, 2005, this Court granted the District defendants' Motion to Stay All Proceedings until the Court rules on the pending See Court's Docket, Minute Order dated July 28, 2005. To date, the same conditions exist and there is no reasonable basis to subject the District defendants to discovery in this matter when there remains pending a dispositive motion that may resolve all or a portion of plaintiffs' claims against them.

4. Furthermore, the District defendants' Motion to Dismiss included the defense of qualified immunity for the CFSA officials involved in the emergency removal decision. See District's Motion to Dismiss, Docket # 16. The U.S. Supreme Court has made clear that an official asserting the defense of qualified immunity has the right not to stand trial or face the burdens of litigation until resolution of the qualified immunity issue, a right which includes the right to interlocutory appeals pursuant to 28 U.S.C. § 1291. Mitchell v. Forsyth, 472 U.S. 511, 526 (1985); Harlow v. Fitzgerald, 457 U.S. 800, 816 (1982). Harlow recognized that "where an official's duties legitimately require action in which clearly established rights are not implicated, the public interest may be better served by action taken 'with independence and without fear of consequences.'" Id. at 819. The Supreme Court was not just concerned about money damages, it was concerned about "the general costs of subjecting officials to the risks of trial -- distraction of officials from their governmental duties, inhibition of discretionary action, and deterrence of able people from public service." Harlow, 457 U.S. at 816.

5. Plaintiffs acknowledge that these defendants' dispositive motion raises questions which deserve this Court's careful attention. However, they seek to have this Court set a scheduling conference to allow the parties the opportunity to identify issues

for which additional briefing would be helpful. See Pls.' Mtn. at ¶ 2. The parties have already fully briefed the issues set forth in the dispositive motion, and these defendants should not have to expend additional time, money and/or other resources on this litigation until their motion has been resolved.

6.   These defendants submit that in accordance with this Court's July 28, 2005, Order, a scheduling conference should not be set until the pending dispositive motion has been resolved.

WHEREFORE, the District defendants respectfully request that this Honorable Court deny the plaintiff's Motion for a Scheduling Conference.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


_____
MATTHEW W. CASPARI [488295]
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6650; (202) 442-9840

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLA DOE, ROBERT DOE, *et al.*,   )
                                    )
   Plaintiffs,                   )
                                    )
   v.                            )   Civil Action No. 1:05-1060 (TFH)
                                    )
DISTRICT OF COLUMBIA, *et al.*,    )
                                    )
   Defendants.                   )

## **ORDER**

Upon consideration of the plaintiff's Motion for a Scheduling Conference, the District defendants' opposition, the law and the record herein, it is this _____ day of _____ 2006, and it is

**ORDERED:** that the plaintiff's motion is DENIED for the reasons set forth in the District defendants' opposition.

_____
THOMAS F. HOGAN
United States District Court Chief Judge