# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT AND CARLA DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: 1:05-1060 (TFH) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim and Zuberi Williams on behalf of the defendants, and **withdraw** the appearances of Leah Brownlee-Taylor and Matthew Caspari.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
ZUBERI WILLIAMS[1]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-724-6650;202-727-6295
E-mail:Michael.bruckheim@dc.gov;
zuberi.williams@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.