**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT AND CARLA DOE, ) | ) |
| Plaintiffs, ) | ) |
| ) | Civil Action No: 1:05-1060 (TFH) |
| v. ) | ) |
| DISTRICT OF COLUMBIA, *et al*, ) | ) |
| Defendants. ) | ) |

## DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE FOR FILING A RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

Defendants District of Columbia, Mayor Adrian Fenty, Brenda Donald Walker, Sarah Maxwell, Sandra Jackson, Heather Stowe, Terri Thompson Mallet, Rebekah Philippart, and Daphne King (hereinafter collectively referred to as "District defendants"), by and through undersigned counsel, hereby move this Court, pursuant to Fed. P. Civ. R. 6(b)(1), to grant an extension of time until January 15, 2008, to file a response to plaintiffs' amended complaint. As reasons therefore, these defendants represent as follows:

1. On December 14, 2007, plaintiffs filed an amended complaint containing 222 allegations. See Court Docket, #30. Under the current Scheduling Order, defendants must file a response by January 11, 2008. See Court Docket Entry, Minute Order of November 29, 2007.

2. Due to other pending matters and the complexity of responding to an amended complaint of the aforementioned size, undersigned counsel is requesting an additional two days in which to file a response. Accordingly, defendants' response would be due on January 15, 2008.

3.    Undersigned counsel has conferred with counsel for plaintiffs' and obtained consent for the relief requested in this motion.

4.    Under the current Scheduling Order, plaintiffs must file an opposition by January 22, 2008. See Court Docket Entry, Minute Order of November 29, 2007. In accordance with defendants' request in this motion, the parties respectfully request that plaintiffs' deadline for filing an opposition be extended to January 25, 2008.

5.    Fed. P. Civ. R. 6(b)(1) provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…"

6.    This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the filing of a response to plaintiffs' amended complaint, and is for cause shown.

7.    Defendants respectfully request that the Scheduling Order be modified as follows:

| | |
|---|---|
| Deadline for defendants' response | 01/15/08 |
| Deadline for plaintiffs' reply | 01/25/08 |

8.    No party will be prejudiced by the granting of this Motion. In fact, all parties consent to the relief herein sought.

WHEREFORE, for the reasons stated herein, and pursuant to F.R.C.P. 6(b), Defendants request an extension of time to file their response to plaintiffs' amended complaint to January 15, 2008, and that plaintiffs' time for replying be extended accordingly to January 25, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of
        Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        _/s/ Patricia A. Jones_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV



        _/s/ Michael P. Bruckheim_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4TH Street, NW, 6th Floor-South
        Washington, D.C. 20001
        202-724-6649; 202-727-6295
        E-mail: Michael.bruckheim@dc.gov;


**Rule 7(m) Certification**

Pursuant to LCvR 7(m), on January 11, 2008, undersigned counsel spoke with counsel for plaintiff, and obtained consent to the relief requested in this motion.

        /s/ Michael P. Bruckheim_____
        MICHAEL P. BRUCKHEIM

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT AND CARLA DOE, )<br>)<br>Plaintiffs, )<br>) | <br><br><br>Civil Action No: 1:05-1060 (TFH) |
| v. )<br>)<br>DISTRICT OF COLUMBIA, *et al*, )<br>)<br>Defendants. )<br>) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
CONSENT MOTION TO EXTEND DEADLINE FOR FILING A RESPONSE TO
PLAINTIFFS' AMENDED COMPLAINT**

In support of their Consent Motion to Extend Deadline for Discovery, defendants submit their memorandum of points and authorities, as follows:

1. Federal Rules of Civil Procedure, Rule 6(b)(1).

2. The parties' consent.

3. The record herein.

4. The Court's equitable powers.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

  /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;

5