UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT AND CARLA DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: 1:05-1060 (TFH) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter, having come before the Court on Defendants District of Columbia, Mayor Adrian Fenty, Brenda Donald Walker, Sarah Maxwell, Sandra Jackson, Heather Stowe, Terri Thompson Mallet, Rebekah Philippart, and Daphne King's Consent Motion to Extend Deadline for Filing a Response to Plaintiffs' Amended Complaint, their supporting Memorandum of Points and Authorities, and the entire record herein, it is, this ____ day _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the defendants' motion, and it is,

FURTHER ORDERED, that the current Scheduling Order is modified as follows:

    Deadline for defendants' response    01/15/08
    Deadline for plaintiffs' reply    01/25/08

So ORDERED this _____ day of _____, 2008.

                              _____
                              The Honorable Judge Hogan
                              United States District Court
                              for the District of Columbia