UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA DOE, ROBERT DOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-1060 (TFH) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendants District of Columbia, Mayor Adrian Fenty, Brenda Donald Walker, Sarah Maxwell, Sandra Jackson, Heather Stowe, Terri Thompson Mallet, Rebekah Philippart, and Daphne King's Motion to Dismiss or in the Alternative for Summary Judgment, the Memorandum of Points and Authorities in Support thereof, plaintiffs' opposition thereto, if any, and the entire record herein, it is by the Court on this _____ day of _____ hereby:

ORDERED that the Defendants' Motion is GRANTED; and it is

FURTHER ORDERED that the Amended Complaint is dismissed for the reasons contained in defendants' motion.   .

THOMAS F. HOGAN
United States District Court Judge