**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT AND CARLA DOE, et al., | } |
| | } |
| Plaintiffs, | } |
| | } |
| v. | } Civil Action No. 05-1060 (TFH) |
| | } |
| THE DISTRICT OF COLUMBIA, et al., | } |
| | } |
| Defendants, | } |
| | } |
| | } |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs, Robert and Carla Doe, et al., through undersigned counsel, respectfully move pursuant to Federal Rule 6 for an extension of time of four days, up to and including January 29, 2008, in which to Reply to Defendants' Motion to Dismiss (filed January 15, 2008). In support of this Motion, Plaintiffs state as follows:

1. On January 15, 2008, Defendants filed their Motion to Dismiss Plaintiff's Amended Complaint or in the Alternative, Motion for Summary Judgment. Per the court order this court granted on January 15, 2008, Plaintiffs' Opposition is due on January 25, 2008.

2. Coincidentally, undersigned counsel is obliged to file pleadings in several other pending cases this week. Due to these other pending matters and the complexity of this case, counsel requests an additional four calendar days in which to file a response.

3. Neither party will be prejudiced by allowing a four-day extension of time. In fact, all parties consent to the relief herein sought.

Accordingly, in the interest of justice and fairness, Plaintiff requests a four-day extension of time to adequately reply or otherwise respond to Defendant's Motion.

Respectfully submitted,

CLIFFORD & GARDE LLP

/s/ John M. Clifford
John M. Clifford, #191866
1707 L Street, N.W., Suite 500
Washington, D.C. 20036-5631
(202) 289-8990
Fax: (202) 289-8992
Counsel for Plaintiffs

**Rule 7(m) Certification**

Pursuant to LCvR 7(m), undersigned counsel communicated with counsel for Defendant, and obtained consent to the relief requested in this motion.

/s/ John M. Clifford
John M. Clifford