UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT AND CARLA DOE, et al., | } |
| | } |
| Plaintiffs, | } |
| | } |
| v. | } Civil Action No. 05-1060 (TFH) |
| | } |
| THE DISTRICT OF COLUMBIA, et al., | } |
| | } |
| Defendants, | } |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

In support of their Motion for Enlargement of Time, Plaintiffs submit their memorandum of points and authorities, as follows:

1. Federal Rules of Civil Procedure, Rule 6(b)(1).

2. The parties' consent.

3. The record herein.

4. The Court's equitable powers.

Respectfully submitted,

CLIFFORD & GARDE LLP

/s/ John M. Clifford
John M. Clifford, #191866
1707 L Street, N.W., Suite 500
Washington, D.C. 20036-5631
(202) 289-8990
Fax: (202) 289-8992
Counsel for Plaintiffs