UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civ. No. 05-1060 (TFH) |
| ) | |
| **DISTRICT OF COLUMBIA et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Pending before the Court is Defendants' Motion to Dismiss Plaintiffs' Amended Complaint or in the Alternative for Summary Judgment (# 32).  In accordance with the opinion issued from the bench on March 5, 2008, the Court

**GRANTS** the motion **in part** and **ORDERS**:

(1) that any claim, or portion thereof, based on an alleged violation of Plaintiffs' substantive due process rights is **DISMISSED** (Counts I, II, III, and VII);

(2) that Plaintiffs' equal protection claims are **DISMISSED** (Counts IX and XI);

(3) that any claim, or portion thereof, based on an alleged violation of Plaintiffs' Ninth Amendment rights is **DISMISSED** (Counts VIII and X);

(4) that Plaintiffs' conspiracy claims are **DISMISSED** (Counts IX and XII);

(5) that Plaintiffs' punitive damages claim against the District of Columbia is **DISMISSED** (Count XXIV);

(6) that Emma Doe is **DISMISSED** from this suit;

(7) that the Defendants' motion is **DENIED** in all other respects; and

(8) that, within 60 days from the date of this order, Plaintiffs must effect service of process on Sarah Maxwell, Sandra Jackson, Heather Stowe, and Rebekah

Philippart.

**SO ORDERED**.

March 7, 2008

/s/
Thomas F. Hogan
Chief Judge