UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civ. No. 05-1060 (TFH) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3 Report, and the entire record herein, it is this 20th day of May, 2008, hereby ORDERED that:

1. All parties shall be joined and any amendments to pleadings be completed within 90 days of the entry of the scheduling order by the Court, and/or by August 20, 2008.

2. Plaintiffs shall designate any retained expert(s) on or before August 20, 2008, and the Defendants shall designate any retained expert(s) on or before September 20, 2008. Factual and expert discovery as to liability shall be completed by November 20, 2008. Discovery as to injury/damages shall be concluded within 90 days of the Court's Order resolving motions for full or partial summary judgment.

3. Dispositive motions shall be filed by December 22, 2008, oppositions shall be filed by January 22, 2009, and replies shall be filed by February 6, 2009.

4. Each party shall be allowed to serve 30 interrogatories and take 10 depositions of fact witnesses, lasting no more than seven (7) hours each or one day; and

     5. A Pretrial Conference shall be scheduled at the Court's convenience, following the resolution of any filed dispositive motion.

/s/
Thomas F. Hogan
Untied States District Court Judge
